1  GOLDSMITH & HULL, P.C./File #5106082
   William I. Goldsmith  SBN 82183
2  Jack D. Hull SBN 91879
   Eric Mintz SBN 207384
3  16933 Parthenia Street.
   Northridge,  CA   91343
4  Tel.: (818) 990-6600
   Fax: (818) 990-6140
5  govdept1@goldsmithcalaw.com

6  Attorneys For Plaintiff

E-FILED 10/15/10

JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.CV09-08865PSG |
|---|---|
| Plaintiff, | Hon. Phillip S. Gutierrez |
| v. | **STIPULATION FOR DISMISSAL AND ORDER** |
| NORMAN C. PATTEN, | [Pursuant to Rule 41 (a) (1) Federal Rules of Civil Procedures] |
| Defendant. | |

The Plaintiff, UNITED STATES OF AMERICA, and the defendant, NORMAN C. PATTEN, pursuant to the provisions of Rule 41 (a) (1) of the Federal Rules of Civil Procedure, have agreed to **dismiss the above-entitled action**

//
//
//
//
//
//
//

1 | with out prejudice as to following defendant only: NORMAN C. PATTEN.
2 | Dated: 10/14/10                                   GOLDSMITH & HULL, P.C.

Eric Mintz
Attorneys For Plaintiff,
UNITED STATES OF AMERICA

10 | Dated: 10/14/10

Norman C. Patten
Defendant

ORDER

IT IS SO ORDERED:

Dated: 10/15/10

**PHILIP S. GUTIERREZ**
Hon. Phillip S. Gutierrez